IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY M. TURNER                                                                                          PLAINTIFF

      v.                           Civil No. 6:09-cv-06072

SHERIFF DAVID TURNER,
Clark County, Arkansas; CHIEF
DEPUTY RAY WINGFIELD,
Clark County Detention Center; and
JAIL ADMINISTRATOR RICK LOY,
Clark County Detention Center                                                                     DEFENDANTS

COREY TURNER                                                                                              PLAINTIFF

      v.                           Civil No. 6:10-cv-06064

DAVID TURNER, Sheriff,
Clark County; RICK LOY,
Administrator, Clark County
Detention Center; and
DEPUTY RAY WINGFIELD                                                                            DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Corey M. Turner, filed these civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On January 20, 2011, Plaintiff was directed to complete, sign, and return a summary judgment questionnaire. The questionnaire was to be returned by February 14, 2011. When Plaintiff failed to return the questionnaire or request an extension of time to do so, a report and recommendation (Doc. 35) was entered recommending dismissal of the case based on Plaintiff's failure to comply with an order of the Court and his failure to prosecute the case.

Plaintiff filed an objection to the report and recommendation (Doc. 35). Upon review, the Honorable Robert T. Dawson, United States District Judge, rejected the report and recommendation. In doing so, Plaintiff was warned he must comply with the deadlines established by the Court.

By order entered on March 30, 2011 (ECF No. 38), Plaintiff was directed to complete, sign, and return a summary judgment questionnaire. The questionnaire was to be returned by April 22, 2011. Plaintiff did not respond to the questionnaire or request an extension of time to respond.

On May 9, 2011, a show cause order was entered given Plaintiff until May 31, 2011, to show cause why this case should not be dismissed based on his failure to obey an order of the Court and his failure to prosecute the case. Plaintiff has not responded to the show cause order or the summary judgment questionnaire. He has not requested an extension of time to do so. No documents have been returned to this Court as undeliverable.

I therefore recommend that this case be dismissed based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute this case. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of June 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE